

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jason P. Bologna*
*Direct Dial: (215) 861-8499*
*Facsimile: (215) 861-8618*
*E-mail Address: jason.bologna@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 19, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Damarys Natal</u>
              Criminal No. 20-335

Dear Clerk:

      Please unimpound the Information in regard to the above-captioned case. The Information was filed on September 29, 2020.

                                     Very truly yours,

                                     WILLIAM M. McSWAIN
                                   United States Attorney


                                 /s Jason P. Bologna
                                 JASON P. BOLOGNA
                                 Assistant United States Attorney