Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-335-1 |
| DAMARYS NATAL | : | |

Damarys Natal, the above named defendant, who is accused of

18 U.S.C. ' 666

being advised of the nature of the charge and her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

/s Damarys Natal
Damarys Natal, Defendant

/s Jason Bologna
Witness, Jason Bologna (AUSA)

/s Caroline Cinquanto
Caroline Cinquanto, Counsel for Defendant

March 10, 2021
Date