IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :          HON. PETRESE B. TUCKER
                                  :
          v.                      :
                                  :
                                  :          CRIMINAL NO. 20-335
DAMARYS NATAL                     :

ORDER

AND NOW, this _21st_ of July, 2021 it is hereby ORDERED that the one

day sentence imposed on by this Court on July 14, 2021 [Doc. No. 15] shall be completed as

follows:  the defendant is to surrender to the custody of the United States Marshal Service

located in the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA

19106  on **Monday, July 26, 2021 at 8:30 a.m.**.  The defendant will remain in the custody of the

United States Marshal Service until **5:30 p.m. Monday, July 26, 2021.**

BY THE COURT:

HON. PETRESE B. TUCKER
U.S. DISTRICT COURT JUDGE